Sherianne Laba
CA Bar ID No.: 204247
Osterhout Berger Daley, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8050
slaba@obd.law
Attorney for Plaintiff, Judith Brown

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH D. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:25-CV-03035-JDP<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Motion for Summary Judgment and Supporting Brief.  This is Plaintiff's first request for an extension.

Plaintiff respectfully requests that this Court grant a 28 day extension to file her Motion for Summary Judgment and Supporting Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　Respectfully submitted,

Extension of Time Stipulation, (Case #2:25-cv-03035)

1

1/20/2026
DATED

/s/ *Sherianne Laba*
SHERIANNE LABA, ESQUIRE
Attorney for Plaintiff, Judith Brown


1/20/2026
DATED

By: /s/**Oscar Gonzalez de Llano**
(*as authorized by email on 1/20/2026)
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Attorney for Defendant


**ORDER**

IT IS SO ORDERED.


Dated:    January 22, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Extension of Time Stipulation, (Case #2:25-cv-03035)

2