UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH D. BROWN, | No. 2:25-cv-03035-DC-JDP |
| Plaintiff, | |
| v. | ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. Nos. 12, 14) |

On March 10, 2026, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 14.) The parties agree that on remand, "the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision." (*Id.*)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

/////

/////

1

In addition, the Clerk of the Court is directed to terminate the opening brief filed by Plaintiff (Doc. No. 12).

IT IS SO ORDERED.

Dated:    **March 11, 2026**

Dena Coggins
United States District Judge

2